# DAVID K. BERTAN
**ATTORNEY AT LAW**
**888 GRAND CONCOURSE, SUITE 1N**
**BRONX, NEW YORK 10451**

(718) 742-1688
FAX (718) 585-8640
E-MAIL: DBERTAN@YAHOO.COM

October 17, 2019

**Via ECF**

Hon. Gregory H. Woods, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

        Re:    USA v. Adamson (Hasahn Murray)
                  Docket No.  19-cr-702 (GHW)

Dear Judge Woods:

      I represent Mr. Hasahn Murray in the above matter.  There is a conference in this case scheduled for Monday, October 21, 2019 at 10:00 AM.   I am unavailable Monday morning due to a previously scheduled personal matter.  With the Court's permission, I am requesting that Lisa Scolari, Esq. be permitted to appear in my place on behalf of Mr. Murray, along with my protégé, Ms. Jacqueline Cistaro, Esq.  Mr. Murray consents to have another attorney appear on his behalf.

                                    Very truly yours,
                                             *-S-*
                                        David K. Bertan

DKB
cc:  AUSAs Jacob Warren and Maurene Comey (via ECF)