UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

HASAHN MURRAY,
                Defendant.

-----------------------------------------------------------X

ORDER
1:19-cr-702-GHW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/4/2020

Upon the written application of David K. Bertan, Esq., dated October 16, 2019, and with the consent of Hasahn Murray, as represented by Mr. Bertan, it is hereby

ORDERED, that Mr. Bertan is granted leave to delegate substantive tasks in connection with his representation of Mr. Murray in the above-captioned case to Jacqueline Cistaro, Esq., pursuant to Rule VIII (A) of the Revised Plan for Furnishing Representation Pursuant to the Criminal Justice Act (2005) and the Criminal Justice Act Mentoring Program of the Southern District of New York, *nunc pro tunc* to the date of Ms. Cistaro's first involvement with this matter on October 16, 2019.

As per the Criminal Justice Act Mentoring Program, Ms. Cistaro may bill her time on the case at a rate of $65 per hour, after completing 15 hours of *pro bono* work on the case. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 13.

DATED:     New York, New York
               March 4, 2020

So Ordered:

_____
Hon. Gregory H. Woods
United States District Judge