```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
    UNITED STATES OF AMERICA,                                  :
                                                               :
                                                               :
                  -v-                                          :
                                                               :
                                                               :
    HASAHN MURRAY,                                             :
                                                               :
                                    Defendant.                 :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __8/13/2021__

1:19-cr-702-GHW-2

ORDER

GREGORY H. WOODS, United States District Judge:

A proceeding is scheduled in this matter on August 16, 2021 at 9:30 a.m. The proceeding will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: August 13, 2021
       New York, New York

_____
GREGORY H. WOODS
United States District Judge