**DAVID K. BERTAN**
ATTORNEY AT LAW
888 GRAND CONCOURSE, SUITE 1N
BRONX, NEW YORK 10451

(718) 742-1688
FAX (718) 585-8640
E-MAIL: DBERTAN@YAHOO.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/28/2021
```

# MEMORANDUM ENDORSED

November 28, 2021

<u>Via ECF</u>

Hon. Gregory H. Woods, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re:    USA v. Adamson (Hasahn Murray
                  19-Cr-702 (GHW)

Dear Judge Woods:

    I represent Hasahn Murray in the above matter. His sentencing is scheduled for December 9, 2021. I am respectfully requesting an adjournment to mid-January, 2022. My mitigation specialist is finalizing her report, and I am awaiting further letters and documentation from Mr. Murray's family and friends.

    The Government has no objection to my requested adjournment.

                                    Very truly yours,

                                    David K. Bertan

DKB
cc: AUSA Dominic Gentile (via ECF)

Application granted. The sentencing date is adjourned to January 12, 2021 at 10:00 a.m. The defendant's sentencing submissions are due no later than two weeks prior to sentencing. The Government's sentencing submissions are due no later than one week prior to sentencing.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 102.

SO ORDERED.
Dated: November 28, 2021
New York, New York
                              _____
                              GREGORY H. WOODS
                              United States District Judge