# DAVID K. BERTAN
**ATTORNEY AT LAW**
888 GRAND CONCOURSE, SUITE 1N
BRONX, NEW YORK 10451

(718) 742-1688
FAX (718) 585-8640
E-MAIL: DBERTAN@YAHOO.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/1/2022
```

## MEMORANDUM ENDORSED

December 2, 2021

**Via ECF**

Hon. Gregory H. Woods, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re:    USA v. Adamson (Hasahn Murray)
                  19-Cr-702 (GHW)

Dear Judge Woods:

      Ms. Jacqeline Cistaro and I represent Hasahn Murray in the above matter. On March 14, 2020, Ms. Cistaro was appointed to work with me on this case pursuant to the Southern District's Mentor Program. Under that order, Ms. Cistaro was appointed as my protégé, *nunc pro tunc*, to October 16, 2019, and was authorized to bill at $65 per hour after 15 hours of non-billed time.

      I am pleased to inform you that as of January 1, 2021, Ms. Cistaro was appointed to the CJA Panel for the Southern District. Because Ms. Cistaro is now a member of the CJA Panel, I am requesting that Ms. Cistaro be compensated at current CJA rates, effective as of January 1, 2021.

      Thank you for your consideration in this matter.

                                                       Very truly yours,

                                                       David K. Bertan

DKB
cc: AUSA Maurene Comey (via ECF)

---

**Endorsement:**

**Application granted. The application is not granted solely because of Ms. Cistaro's elevation to the panel, but because the Court determined that the nature and complexity of this case justified the appointment of two counsel to represent Ms. Murray's co-defendant. See Dkt. No. 50. The Court authorizes the increase in Ms. Cistaro's rate for this case nunc pro tunc to January 1, 2021. The Clerk is directed to terminate the motion at Dkt. No. 104.**

**SO ORDERED.**
**Dated: January 1, 2022**