

LAW OFFICES OF
JACQUELINE E. CISTARO

11 Broadway · Suite 615 · New York, NY 10004 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 · E: JEC@cistarolawfirm.com
www.cistarolawfirm.com

_____

## MEMORANDUM ENDORSED

January 11, 2021

*Via ECF*
Hon. Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED:__1/13/2022__

*Re: U.S. v. Hasahn Murray, 19 Cr. 702 (GHW)*

Dear Judge Woods:

We represent Hasahn Murray in the above-referenced matter. Due to the surge in coronavirus and breakthrough cases, MDC lockdowns and suspension of in-person legal visits, as well as other issues, we have been unable to have a meaningful discussion with our client with regard to the upcoming sentencing hearing. We respectfully request an adjournment of the sentencing hearing and extensions to file the sentencing submissions. If convenient for the Court, we request a date at the end of February 2022. The government consents to this request.

Thank you for your time and consideration.

Respectfully submitted,

s/ Jacqueline Cistaro, Esq.
David Bertan, Esq.

Application granted. The sentencing proceeding is adjourned to February 28, 2022 at 2:00 p.m. The defendant's sentencing submissions are due no later than February 14, 2022; the Government's sentencing submissions are due no later than February 21, 2022.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 109.

SO ORDERED.

Dated: January 13, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge