MEMORANDUM ENDORSED

# DAVID K. BERTAN
ATTORNEY AT LAW
41 EAST 11TH STREET, 11TH FLOOR
NEW YORK, NEW YORK 10003

(718) 742-1688
E-MAIL: DBERTAN@YAHOO.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/2022
```

January 26, 2022

<u>Via ECF</u>

Hon. Gregory H. Woods, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: USA v. Adamson (Hasahn Murray)
     19-Cr-702 (GHW)

Dear Judge Woods:

  Ms. Cistaro and I represent Hasahn Murray in the above matter. His sentencing is scheduled for February 28, 2022. I am respectfully requesting an adjournment to late March, 2022. First, as the Court is aware, MDC has been on repeated lockdowns, and it has been extremely difficult to communicate with Mr. Murray to discuss our sentencing submission. These difficulties have also caused delays in our receipt of supporting materials from Mr. Murray's friends and family. Finally, I will be out of the country on February 28, returning in mid-March. Accordingly, I am requesting that sentencing be adjourned to a date in late March or early April. The Government has no objection to my requested adjournment. I am also requesting that both the time to file my sentencing memorandum and the Government's memorandum be extended appropriately. Thank you, and I apologize for any inconvenience this may cause.

           Very truly yours,

           David K. Bertan

Application granted. The sentencing hearing is adjourned to April 11, 2022 at 2:00 p.m. The defendant's sentencing submissions are due no later than March 28, 2022; the Government's sentencing submissions are due no later than April 4, 2022.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 113.

SO ORDERED.

Dated: January 26, 2022       _____
   New York, New York      GREGORY H. WOODS
               United States District Judge